UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID TETER                                                                  CIVIL ACTION

VERSUS

CAMILA APONTE, ET AL.                                              NO. 25-00178-BAJ-SDJ

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand (Doc. 10). The Magistrate Judge issued a **Report and Recommendation (Doc. 18, the "Report")** recommending that the Court deny Plaintiff's Motion to Remand. There are no objections to the Report.

Having carefully considered Defendant's Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 10), and Defendant's Opposition to same (Doc. 14), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 10)** is **DENIED**.

Baton Rouge, Louisiana, this 22nd day of January, 2026

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA